**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| SCOTT KASPER, | Case No.: 1:13-cv-356-AWI-GSA |
| Plaintiff, | **ORDER TO SHOW CAUSE FOR FAILURE TO TIMELY FILE DISPOSITIONAL DOCUMENTS** |
| v. | |
| CITY OF MODESTO, et. al., | (Doc. 36) |
| Defendants. | |

This case settled on October 1, 2014 pursuant to a settlement conference held before the undersigned. (Doc. 36). On that same date, the Court ordered the parties to file dismissal documents no later than November 7, 2014. (Doc. 36). To date, no dispositional documents have been filed. Accordingly, within five court days from the date of issuance of this order, the parties are ORDERED to show cause, if any, why monetary sanctions should not be imposed for the failure to comply with the Court's order.

To respond to this Order, the parties shall file a joint status-report outlining the status of the settlement and explaining why the requisite dispositional

documents have not been filed.  Alternatively, the parties shall file the appropriate dispositional documents within the five day period.

      The parties are further advised that failure to respond to this Order to Show Cause will result in the dismissal of this action on the District's Court own authority, in addition to the imposition of monetary sanctions.

**IT IS SO ORDERED**

**Dated:**       November 13, 2014                       /s/ Gary S. Austin
                                                               **United States Magistrate Judge**