Jesse J. Maddox, Bar No. 219091
jmaddox@lcwlegal.com
Kimberly A. Horiuchi, Bar No. 214869
khoriuchi@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704
Telephone:    559.256.7800
Facsimile:    559.449.4535

Attorneys for Defendants CITY OF MODESTO.
BEDWENDOLYN WILLIAMS-RIDLEY and JILL PELTIER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT KASPER, an individual,<br><br>                    Plaintiff,<br><br>       v.<br><br>CITY OF MODESTO; BEDWENDOLYN WILLIAMS-RIDLEY; JILL PELTIER; and DOES 1 through 25, inclusive,<br><br>                    Defendants. | Case No.:  1:13-cv-00356-AWI-GSA<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

   IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned action be dismissed with prejudice pursuant to *Federal Rules of Civil Procedure*, *Rule 41(a)(1)*, each party to bear its own costs and attorneys' fees.

Dated:  November 17, 2014                                      LIEBERT CASSIDY WHITMORE


                                                       By:    */S/  JESSE J. MADDOX*
                                                                     Jesse J. Maddox
                                                                     Kimberly A. Horiuchi
                                                                     Attorneys for Defendants CITY OF
                                                                     MODESTO, BEDWENDOLYN
                                                                     WILLIAMS-RIDLEY, and JILL
                                                                     PELTIER

89026.1  MO202-055

Dated: November 17, 2014                                BARRON LAW CORPORATION


By:   /S/ **DEBORAH BARRON**
      Deborah Barron
      Attorneys for Plaintiff Scott Kasper

## ORDER

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action and all claims;
2. VACATES all pending dates and matters; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:  November 18, 2014                _____
                                                 SENIOR DISTRICT JUDGE

Liebert Cassidy Whitmore
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704

89026.1 MO202-055                                2
                                        STIPULATION AND ORDER OF DISMISSAL